UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| DR. JOHN MILTON PEACOCK and MS. ROBBIE COWAN, Individually and on Behalf of All Others Similarly Situated, | § § § § | Civil Action No. 3:13-CV-00459 <br><br> CLASS ACTION |
| Plaintiffs, | § § | |
| vs. | § § | |
| AARP, INC., AARP SERVICES INC., AARP INSURANCE PLAN, UNITEDHEALTH GROUP, INC. and UNITEDHEALTHCARE INSURANCE COMPANY, | § § § § § § | |
| Defendants. | § § § | DEMAND FOR JURY TRIAL |

## PLAINTIFFS' DISCLOSURE OF INTERESTED PARTIES

COME NOW Plaintiffs, DR. JOHN MILTON PEACOCK and MS. ROBBIE COWAN, Individually and on Behalf of All Others Similarly Situated, and file this Disclosure of Interested Parties, and would respectfully show the Court as follows:

1. Plaintiff, Dr. John Milton Peacock

2. Plaintiff, Robbie Cowan

3. Plaintiffs, All Class Members in care of their attorneys:

   Jeffrey L. Raizner
   Michael Patrick Doyle
   DOYLE RAIZNER LLP
   LyondellBassell Tower
   1221 McKinney Street, Suite 4100
   Houston, TX 77010
   Telephone: (713) 571-1146
   Facsimile:  (713) 571-1148
   jraizner@doyleraizner.com
   mdoyle@doyleraizner.com

- 1 -

Frank J. Janecek, Jr.
Christopher Collins
ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile:  (619) 231-7423
frankj@rgrdlaw.com
chrisc@rgrdlaw.com

Stuart A. Davidson
Mark Dearman
Christopher C. Martins
ROBBINS GELLER RUDMAN & DOWD LLP
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: (561) 750-3000
Facsimile:  (561) 750-3364
sdavidson@rgrdlaw.com
mdearman@rgrdlaw.com
cmartins@rgrdlaw.com

Sean K. Collins
SEAN K. COLLINS ATTORNEY AT LAW
184 High Street, Suite 503
Boston, MA 02110
Telephone: (617) 939-9731
Facsimile:  (617) 227-2843
sean@neinsurancelaw.com

4. Defendant, AARP, Inc.

5. Defendant, AARP Services, Inc.

6. Defendant, AARP Insurance Plan

7. Defendant, UnitedHealth Group, Inc.

8. Defendant, UnitedHealthcare Insurance Company

DATED:  January 7, 2014

                                            Respectfully submitted,

                                            DOYLE RAIZNER LLP

                                            /s/ Jeffrey L. Raizner
                                            JEFFREY L RAIZNER (SDTX No. 15277)
MICHAEL PATRICK DOYLE (SDTX No. 13309)
LyondellBassell Tower
1221 McKinney Street, Suite 4100
Houston, TX  77010
Telephone: (713) 571-1146
Facsimile:  (713) 571-1148
jraizner@doyleraizner.com
mdoyle@doyleraizner.com

ROBBINS GELLER RUDMAN & DOWD LLP
FRANK J. JANECEK, JR.
CHRISTOPHER COLLINS
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone: (619) 231-1058
Facsimile:  (619) 231-7423
frankj@rgrdlaw.com
chrisc@rgrdlaw.com

ROBBINS GELLER RUDMAN & DOWD LLP
STUART A. DAVIDSON
MARK DEARMAN
CHRISTOPHER C. MARTINS
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone: (561) 750-3000
Facsimile:  (561) 750-3364
sdavidson@rgrdlaw.com
mdearman@rgrdlaw.com
cmartins@rgrdlaw.com

- 4 -

        Sean K. Collins, Attorney At Law
        SEAN K. COLLINS
        184 High Street, Suite 503
        Boston, MA 02110
        Telephone: (617) 939-9731
        Facsimile:  (617) 227-2843
        sean@neinsurancelaw.com

        **Attorneys for Plaintiffs and the Class**